PER CURIAM.—This cause having been heretofore submitted to the Court upon the transcript of the record of the decree aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

All concur.

———————

ERNEST AMOS, AS COMPTROLLER OF THE STATE OF FLORIDA, AND RIVERS H. BUFORD, AS ATTORNEY GENERAL OF THE STATE OF FLORIDA, *Plaintiffs in Error,* v. CENTRAL FLORIDA OIL AND GAS COMPANY, A CORPORATION, *Defendant in Error.*

Decision Filed April 1, 1921.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Leon; E. C. Love, Judge.

*Rivers H. Buford,* Attorney General, and *Worth W. Trammell,* Assistant, for Plaintiffs in Error;

*F. B. Winthrop,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and briefs and argument of coun-

sel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

C. H. HOEFFLER, *Plaintiff in Error*, v. MARGARET E. HAINES, JOINED BY HER HUSBAND, ELMER E. HAINES, *Defendants in Error*.

Decision Filed April 1, 1921.

A Writ of Error to the Circuit Court for Orange County; C. O. Andrews, Judge.

*Dickinson & Dickinson*, for Plaintiff in Error;

*Davis & Giles*, for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court